```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        HARRISON DIVISION
```

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

      v.      **Criminal Nos. 97-30006-001,
97-30008-001, 97-30009-001, and 97-30010-001**

**WILLIAM JOE NORTON, JR.**                                                **DEFENDANT**

### O R D E R

Now on this 18th day of December, 2007, comes on for consideration defendant's letter motion asking the Court to amend the Judgment entered in the captioned cases so as to waive the requirement of interest on restitution defendant was ordered to pay. The Court's jurisdiction to amend a criminal judgment is extremely limited, however, and does not extend to the situation here presented. The motion must, therefore, be **denied.**

    **IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**